# United States District Court Violation Notice

CVB Location Code: OS-10

| Violation Number | Officer Name (Print) | Officer No |
|---|---|---|
| R 3388507 | Balom, Marquita | B0544 |

## YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☒ State Code |
|---|---|
| 03/07/2011 1520 | 4549.03 Failure to stop after accident involving others |

**Place of Offense**
East Parking Lot, Bldg 71B, Area B, WPAFB

**Offense Description**
4549.03 Failure to stop after accident involving others

## DEFENDANT INFORMATION

| Last Name | First Name | MI |
|---|---|---|
| Cranston | Brian | C |

## VEHICLE DESCRIPTION

VIN: YV1VS29512F838879

| Tag No | State | Year | Make/Model | Color |
|---|---|---|---|---|
| 5AF3576 | MD | 02 | Volvo S40 | Silver |

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT SEE INSTRUCTIONS (on back of yellow copy)

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT SEE INSTRUCTIONS (on back of yellow copy)

$ _____ Forfeiture Amount
+ $25 Processing Fee
PAY THIS AMOUNT → $ _____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
|  |  |
|  | Time (hh:mm) |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature: [signed]

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **7 Mar**, 20**11** while exercising my duties as a law enforcement officer in the **Southern** District of **Ohio**

Your Honor, while performing my duties as a law enforcement patrolman in Area B, WPAFB, I was briefed by BDOC of a previous report of Damage to Personal Property involving a Blue in color Honda bearing SC registration 940IDS. I was dispatched to Bldg. 71B to locate a Silver in color Volvo bearing MD registration 5AF3576 with minor scratches, missing paint chips, and Blue in color paint transfer on the rear bumper. Upon locating the vehicle, I conducted further investigation to determine if the vehicle had previously been involved in an accident. I located and verified the operator as Brian Cranston by MD Driver's license, who admitted via AF IMT Form 1168 to backing into a Blue in color Honda on 25 Feb 2011. The Violator was cited and released.
Base Affiliation: Federal Contractor
Attitude of Violator: Compliant/Calm
Weather Conditions: Clear
Road Condition: Clear
Witnesses: None
Pedestrians: None
Location of stop: East Parking Lot Bldg. 71 B Area B

The foregoing statement is based upon
☐ my personal observation    ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on **03/07/2011** [signed]
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant

Executed on _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

CVB Scan 4/7/2011  13 13 28